IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Connie Riddlebarger,
*on behalf of* C.J.R.,

    Plaintiff(s),

vs.

Commissioner of Social Security,

    Defendant(s).

Case Number: 1:16cv1094

Judge Susan J. Dlott

ORDER

Plaintiff and defendant, by their respective counsel, stipulate to an award to plaintiff of attorney fees in the amount of $4,000.00 in full satisfaction and settlement of any and all claims plaintiff may have under the Equal Access to Justice Act (EAJA) (Doc. 18). The award of attorney fees will satisfy all of plaintiff's claims for fees, costs, and expenses under 28 U.S.C. §2412 in this case. Any fees paid belong to plaintiff, and not his attorney, can be offset to satisfy pre-existing debt that the litigant owes the United States under *Astrue v. Ratliff,* 130 S. Ct. 2521, 560 U.S. 586 (2010).

The Court GRANTS the parties' Joint Stipulation to Award Attorney's Fees under the EAJA. Plaintiff is awarded $4,000.00 in attorney fees.

IT IS SO ORDERED.

_____
Judge Susan J. Dlott
United States District Court